# EXHIBIT C



# Invoice

**AC Karma Repair, LLC**
3310 Kent Rd STE 7
Stow, Ohio 44224
(216) 285-0256
info@ackarma.com

| | |
|---|---|
| **Invoice #:** | 60000000417 |
| **Invoice Date:** | 10/14/2016 |
| **Customer Purchase Order #:** | VERBAL |
| **Payment Terms:** | TT Wire |
| **Freight Terms:** | FedEx |

**Bill To:**
OnlineKing
255 Verona Ave
Newark NJ 07104

+1 973-732-2621
malky@onlinekinginc.com

**Ship Via:**
AC Karma Repair
3310 Kent Rd
STE 7
Stow, OH 44224
(216) 285-0256
info@ackarma.com

| SKU | Product Description | Condition | UOM | Unit Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| IPH6S 16GB GRY | Apple ® iPhone 6S 16GB Space Gray | Brand New, Sealed | EA | 200 | $360.00 | $72,000.00 |
| | | | | **200** | | **$72,000.00** |
| | | | | | Freight: | $0.00 |
| | | | | | Processing Fee: | $0.00 |
| | | | | | **Invoice Total:** | **$72,000.00** |

**Payment Instructions**

**Huntington Bank**

███████████████

Please include order # as reference and use information on letterhead of this invoice for all wires.

***All amounts in U.S. Dollars***

Huntington Bank | 3793 Darrow Rd | Stow, OH    22

**Terms and Conditions**

*Inspection Prime Transport Miami FL. Units will ship within 2 business days of payment unless otherwise stated. A 3% processing charge will be assessed to the buyer for any merchant services fees that may apply. Payment of this invoice constitutes completion of this transaction and no refunds will be issues for the order in its entirety. Warranty on units will last 90 days from the date on this document.*

*AC Karma s duties for delivery are complete as soon as the goods are picked up by the buyer or their chosen carrier and will maintain no financial liability in any circumstance once performance of duty is completed.*

*Important information:*
*1.Please include an invoice copy apon delivery.*
*2.Enter this order in accordance with the prices terms delivery method and specifications listed above.*
*3.Please notify us immediately if you are unable to ship as specified.*
*4.Send all correspondence to*
*Malky (malky@onlinekinginc.com)*
*5. Important A PO isn't open ended as soon as a PO is submited please respond with ETA in order to honor the purchase.*